# LAW OFFICE OF RUDY A. DERMESROPIAN, LLC

**Rudy A. Dermesropian**
**rad@dermesropianlaw.com**

**260 MADISON AVENUE**
**FLOOR 15**
**NEW YORK, NY 10016**
**Ph.: 646-586-9030**
**Fax: 646-586-9005**

**www.dermesropianlaw.com**

**Affiliate Office:**
**Oradell, NJ**

November 6, 2026

**Via ECF**
Honorable Ronnie Abrams
United States District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re: *Gray. v. Unique Brands Com, Inc., et al.***
**Case No. 1:26-cv-07915 (RA)**

Dear Judge Abrams:

We represent the Defendants Unique Brands Com, Inc., Raw Brands Inc., Deepak Ramani a/k/a Deepak Ramchandani, Kamal Ramani a/k/a Kamal Ramchandani, and Devyani Ramani a/k/a Devyani Pophaly (collectively, "Defendants"), in the above-referenced matter. An initial telephonic status conference is currently scheduled before Your Honor for November 13, 2026 at 3:00 p.m. I write, on consent of Plaintiff's counsel, to respectfully request an adjournment of the conference to a date in December, should Your Honor be available. The undersigned counsel for Defendants is currently on trial in NYS Supreme Court, County of Kings, and that trial is expected to last 2 to 3 weeks starting next week, which will bring us close to the Thanksgiving week. Counsel for the parties have conferred and respectfully propose the following dates: December 14, 15, 17 or 18, 2026. We thank the court for its time and consideration of this matter.

Respectfully submitted,

*/s/ Rudy A. Dermesropian*

Rudy A. Dermesropian
Managing Member

cc: All attorneys of record (via ECF)

The initial status conference scheduled for November 20, 2026, at 4:30 p.m. is adjourned to December 18, 2026, at 4:15 p.m.

SO ORDERED.

Hon. Ronnie Abrams
November 9, 2026